**KWIK PRODUCTS, INC.,**
**Plaintiff/Counterclaim**
**Defendant–Appellant,**

and

**Fernando R. Iacona and Ignazio M. Iacona, Counterclaim Defendants–Appellees,**

v.

**NATIONAL EXPRESS, INC., CMD Products, George E. Alliss, Alex J. Phinn, Jr., Griff and Associates, L.P., and Torvian, Inc., Defendants/Counterclaimants–Appellees.**

No. 2005–1319.

United States Court of Appeals, Federal Circuit.

April 14, 2006.

ORDER

This appeal is reinstated pursuant to the court's opinion issued on March 13, 2006.